| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0218-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER<br>TO CONTINUE THE JURY TRIAL |
| v. | |
| LEWIS CLARENCE McCUTCHEON, | Date: October 31, 2019<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |
| Defendant. | |

Plaintiff United States of America, through its undersigned counsel, and defendant Lewis Clarence McCutcheon, through his counsel of record, stipulate that the 3-day jury trial currently set for December 2, 2019, be continued to January 27, 2020. The parties further stipulate that the trial confirmation hearing set for October 31, 2019, be continued to December 19, 2019.

On November 1, 2018, Mr. McCutcheon was arraigned on the four-count indictment. (Dkt. Nos. 19, 21.) In the days following, the government produced discovery to the defense that included 84 pages of documents, several dozen photos, and a disk with four audio and two video files.

In July 2019, the parties met for a status hearing and set this case for a 3-day jury trial, scheduled to begin on December 2, 2019. (Minutes, Dkt. No. 33.) At the hearing, the parties also agreed on a trial confirmation hearing date of October 31, 2019. (*Id.*)

Recently, defense counsel has requested additional discovery that the government expects to produce in the coming weeks. Defense counsel believes these materials are essential to preparing the

STIPULATION AND ORDER TO CONTINUE THE JURY TRIAL

1

| | |
|---|---|
| 1 | defense case for trial.  Defense counsel will require time to review these new materials, as well as the |
| 2 | items already produced, time to discuss them with her client, time to conduct research into any potential |
| 3 | suppression issues or motions to dismiss, time to conduct additional investigation, and time to otherwise |
| 4 | prepare for trial. |

Based on the foregoing, the parties stipulate that the jury trial currently set for December 2, 2019, be continued to January 27, 2020, at 9:00 a.m.  The parties further stipulate that the trial confirmation hearing now set for October 31, 2019, be continued to December 19, 2019, at 9:30 a.m.  Last, the parties agree that time under the Speedy Trial Act should be excluded from December 2, 2019 (time has already been excluded through that date, *see* Dkt. No. 33), up to and including January 27, 2020 (the first day of trial), under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and Local Code T4.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  October 29, 2019   */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
*Attorneys for plaintiff United States of America*

Dated:  October 29, 2019   */s/ THD for Kelly Babineau*
KELLY BABINEAU
Law Office of Kelly Babineau, APC
*Attorney for defendant Lewis McCutcheon*

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that this case be set for a 3-day jury trial, scheduled to begin on January 27, 2020, at 9:00 a.m. The Court further orders that the parties appear on December 19, 2019, at 9:30 a.m. for a trial confirmation hearing. The Court further orders that the time from December 2, 2019, up to and including January 27, 2020, be excluded from the computation of time within which the trial in this case must begin under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and Local Code T4.

Dated: October 30, 2019

Troy L. Nunley
United States District Judge