KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for LEWIS MCCUTCHEON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 18-cr-00218TLN |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| | ) PRETRIAL RELEASE |
| v. | ) SUPERVISION; |
| | ) [~~PROPOSED~~] FINDINGS AND |
| | ) ORDER |
| LEWIS MCCUTCHEON | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Judge: Hon. Troy L. Nunley |

**STIPULATION**

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that pretrial release conditions be modified to remove the drug testing condition.  The following modification is proposed:

1. Remove Condition #10 be removed.  It states: "You must submit to drug and / or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer."

-1-

The reason for this request is as follows: according to the Pretrial Services Officer, Mr. McCutcheon has been fully compliant with pretrial while on pretrial release, including graduating from MRT. His counseling was suspended as he has made positive progress there and it is felt he no longer needs those services. He continues to be employed, is responsive and communicative with pretrial and continues to follow all conditions of pretrial.

All other conditions of pretrial release are to remain in force and effect.

IT IS SO STIPULATED.

Dated:  August 6, 2020                    Respectfully submitted,


/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Lewis McCutcheon


Dated: August 6, 2020                     /s/ David Spencer
                                          DAVID SPENCER
                                          Assistant U.S. Attorney


Dated: August 6, 2020                     /s/ Tai Gaskins
                                          TAI GASKINS
                                          U.S. Pretrial Services Officer


**O R D E R**

IT IS SO FOUND AND ORDERED this 14th day of August, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

-2-